## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE CRISTOBAL CARDONA,      :     Civil No. 3:14-cv-624

          Petitioner      :     (Judge Mariani)

          v.            :

WARDEN D. ZICKEFOOSE,      :

          Respondent     :

## ORDER

**AND NOW**, this _14th_ day of November, 2016, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1.    The petition for writ of habeas corpus is **DENIED**.  (Doc. 1).

2.    The Clerk of Court is directed to **CLOSE** this case.


Robert D. Mariani
United States District Judge